# EXHIBIT A

**Defendant:** New HoldCo
**Creditor ID:** NH029
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| New HoldCo | | $182,643.84 | 9/10/2024 | 08312024 18264384 | 8/31/2024 | $182,643.84 |
| | | $190,305.42 | 10/4/2024 | 09302024 19030542 | 9/30/2024 | $190,305.42 |
| | | $186,757.44 | 10/26/2024 | 10312024 15675744 | 10/31/2024 | $186,757.44 |
| **Total Transfers** | **3** | **$559,706.70** | | | | **$559,706.70** |